Pg 1

United States District Court
House of Federal and Civil Complaint
of East St Louis Civil Division

Dean Hampton m15934

PLINTIFF:

V

Meyer Et. al

SCANNED AT MENARD and E-mailed
8-31-17   by SG   7 pages
date   Initials   No.

Case No.

17-936-DRH

Judge: M.J. Reagan

*EMERGENCY* Motion

Motion to Remove and Protect civil

Preceeder #56  I Plintiff Dean Hampton Bring forward Claim
To Honorable Judge M.J.R. and Pitition that this
Court Please help Me from Being beaton sexually as it
and physically abuse and Retaliated against on Aug 20 2017
I file a Emergency Motion asking the Court to Please
help Me becaus I.D.O.C. Pichhaxyvell cospierted with
Menard Haff and warden to Retaliate against  me  I am a trans-
Gender black woman 5'11 5'5 160 pounds and I have
18 Month left before I go Home on 8-20-17 I had help to
write a Emergency Motion to stop Me from Being ship
to Menard out of Retalion and Being Abuse and Asst
I handed My Motion over to a Lt by Name Lt Wolf I
Gave Him My Motion to put on the Mail which I
sent to Law Libary to Efile I Also Have witness that
saw Me hand My Motion over to this Lt. Wolf now its
Been a weekend I sill aint get my Efile back so

Now I come to Realize that the L.t At Pinckneyville C.C Rip my Motion and my mail to my mom. Now I Bring claims against Menard For Retaliating against me for what happen at Pinckneyville C.C. on 8-23-17 I was place on Menard Bus while Being place on the Bus I was choke Push to the Floor and call Fags and cissy and when I Ask what I do the Staff Responded this what happen when you Fuck with one of our we stick together. Ronds once I get to Menard Here I have not Been given a shower any of my Property No soop or tooth Past I have not had a shower since 8-21-17 I have not had my Property For a whole week and two day. I'm Being keed 3 hours late when my Food cold I have Ask For a mental Health I'A No one come to Help me on 8-26-17 At 10:00 AM I was Asking Staff For my property and I'b when out of however I was asst by Staff and Being call Bitches and whore and Fag and dummy ass Nigger ass the Lit watch and Sgt. Sgt. + Jones call me Fag and allowed the C/O to asst me and another inmate For calling For Help that a known transgender Real Name temple they have turn off my water and wrot a sogus ticket and staid Let the court drop this ticket bitch and now walk I have no Bed I have been sleeping on Folded cotton No Bed Has Been Issue to me I'm having very sad @ Break out I tryed to Ask For medical sut I'm Being Denied

Do too the facts of me bringing claims against they family member that work at Pichnuville I live and constent fear and feel if I stay here at Menard I'ma be killed out of rutalion. I'm liven ana a cell with moldy shitty bars and no seding I have no sheet or blanket and I'm force to sleep on a molded cotton its not even a bed I still dont have my property on my belonginy and I'm Being Retaliated against For Being Sexually asst sexually abuse Beaten with a knife and clothy cut off I have many Injuries and Now I'm being writen bogus tickets and being ostt still I wrote to Springfield tellish them my danger life and and if they ship me I'ma only be getting wose treatment which what happenikle now I fear for my safety and my life and I pitition the court to please protect me and remove me from this facility for my safety and life I am scare and frighten. please help me do two that there still is on going and I wrote and bigged the court and Springfield to help and I made everyone aware of the threats and violence I'm inss dooring is enough to remove me from any southern facility for my safety and life the fact I bring as I write the honorable Judge. 1. I was force to perform sexually act 2. I was force to have phone sex with another c.o. c.f by the name Lowless 3. I was force to reveal my anal and breast 5. I reported all this to I.A warden and Springfield and mental health and they cospicurtes to cover up evidents

Page 4

6. once I made Report I was threaten by I.A. unit and Lt worden staten that they got Pull and Springfield and Springfield Investigation unit and it a Guy Name Bradley that Investigation and Springfield and use to work at Pickneyville He can come and told me I ain't gonna will and walk off. 7. I have not Been Feed for two month and 4 day I was not given a shower for a month and two week I Have Been given Lot's of seg time and Disciplinary Report to cover up what they do too me 8. I was asst'a with a Illegal Knife and a weapon that's not suppose to Be uh and S.D.O.C. Facility I Have Made Report that Menard staff Hol threaten My Life and still is they is oll me still written bogus ticket to keep me and the Hold and Stop me from calling Home I Been Place at Menard C.C. since Aug 23 2017 and I Have Not Been given a shower property or bed I Have Been sleeping on molded & cotton with piss stain and mill dew I Have Made Everybody I aware Have Been ben ill'd a mental warden I.A. and will team Heart Doctor I fear for my life and safety Please Help Me Please M.J.R. My Life and Danger and I Need Help Asap I file this Motion on 8-20-17 But I see that the Lt Wolf Rip it up and Conspire'Du to cover up Evidence for his staff Now I'M At Menard Being beaten threaten daysoth and put and Condem Cell with no working Water

a Clean cell I Have a Right to Be given Clean sheet blanket bed and working Hot and Cold water and Clean cell and property which I Have none of the above Now as I write this motion I was given medication and I told the Nurs Ms Reba I want to make a Prea and she Rolled Her Eye and work of it this is the treatment I'm being given I am a Vittim of Attempted Rape and assult and Battery and crimes and Noone is helping me I need HElP Please Help So one need to come and investigate these issues I'm being Helpflife denied by every this is a Emergency Issue and I ask the Honorable @ Judge to Remove me from menard and any southern facility do to no Retaliation and safety Issue Please I also Have a witness that another transgender Name temple from name princell I ask that s/he be called a witness to these Incedents I ask the Honorable court to please Help and stop the Retalion and Abule and Hot am ruleven I ask that this matter Be taken serously and Handle Asap Please I'm frighten and scared I'm still being writen so you til her and s/he Alst thank for what ever this court con do for me and MR M.J.Reagon the Judge

Dated Aug 26-2017
At Menard Cg 2 North with no sed       9:  PM
or Property              Deon Hampton M15934

I Ask the Courts to Remove me out this facility also my motion touch the Honorable honor for safety please Inscared and I'm danger the more I'm here the more I'ma Be Jump on written body ticketions gay sex both Do to Retaliation from Pinckneyville C.C. I'Made everyone aware before I got here that the staff had come to my door with IA and other staff threating my Life sayin I aint gonna Make it out of menard alive please Help before I got here I wrote Governor about the Menard staff threats this is dangerous any I'm Livin on a condemn cell with no bed and it's been 5 days and no bed or cleaning supplies when the court Receive that they send a outside Investigator to with full my Livin area and bed and room and the trek ment I'm given on day to day Contact with staff

    I send this Motion As a
      ★ Emergency ★ Motion
      and Remove me Deon Hampton
      for my Safety and Protection

        Deon Hampton M15034
        R-10 8-26-17 9:05 pm

to the Court of Honorable Judge M.J. Reagan on Aug 27 2017 which waken ship for I withness my tier Gallery state white and my B food and place and bug and if I have requested help from Lt 19f and C/o but no one care my life and badge and I'm going on a Hunger strike as of 8-27-17 I fear for my Life & please help I had a witness by the name Robert temple I need help this is a emergency I'm liven and a con dumn cell I been without a bed for a week I have not been given my property or legal mail the state threaten my Life and safe and I'm asking that I remove from Menard immediately for my safety and well being they'll threaten to kill me and I'm place on seg for a lot of BOGUS lying ticket I need help Mr M.J. Reagan please help me Deon Hampton M17934 Dated 8-27-17 I been assf abuse and gay both since I come to Menard all my rights is being violated and IDOC seem not to care about it I'm ask that this court and honorable Judge help me please thank attach to motion emergency motion I have also been without a bed for a whole week and I'm sleeping on still with no sheet or blanket please send a investigator immediately to withness this and take pictures please thank you I'm also on hunger strike as of 8-27-17

I'm and ~~imment~~ IMMINENT danger