# AFridavit For Deonhampton

I, Brandon Arriaga #m48595 witnessed multiple c/o officers ~~Phsically Beat~~ Deon hampton in cuffs while in Shower then Cut his/Her clothes off with a knife and cutskin off of Her wrist. An c/o officers Has Harrassed Her/Him For multiple days Before. **I can** testify To All injuries oN the inocennent individual Deon hampton that's been Brutaly Assualted by IDOC Staff.

Brandon Arriaga

My Affidavit                                          May 30th, 2017

In regards to Incident w/ Deon Hampton (I.D.# unknown)
I, Tyvonne Brown - M48084 (at around 5pm - 5:30pm) went to SMI Mental Health group on May 30th, 2017. 2nd Shift. Me + approximately 5 other inmates were escorted to 5C group area. Crisis Team member Mr. Taylor wasn't in the room yet + Officer Mercks was bringing the 2nd to the last inmates into the group area. When Officer Mercks came into the room, an inmate in group w/us verbally asked Officer Mercks why he helped jump on Deon Hampton (I.D.# unknown) + he (Officer Mercks) specifically stated out of his mouth, quoted: "I don't know what's wrong w/ Deon Hampton (I.D.# unknown), he's tripping because I didn't put my hands on him. When they started doing that to him (Deon Hampton I.D.# unknown) I started um walking away".

I Tyvonne Brown - M48084 Audio + Visually witness Officer Mercks stating what he said (above) out of his mouth. This is my affidavit as a witness to what was said by Officer Mercks before Crisis Team member Mr. Taylor entered the room.

                              Respectfully - End of my report
                              Tyvonne Brown - M48084

                              Tyvonne Brown

Kacey Hester #M39335

On 5-24-2017 I was laying on my bed when I heard "Deon Hameton" voice. "I know his voice so well cause we child hood friends we been knowing each other our whole life" He saying I did nothing wrong I wanna talk to I.A and the warden once I heard that I got right up and come right to the door an I saw "Major Adam" walk "Deon Hameton" into the middle shower once they enter I saw "Major Adam" slam "Deon Hameton" to the floor for no reason while "he was in hand cuffs" then multiple C.O's ran into the shower alone with "Major Adam" and begin kicking & punching on "Deon Hameton" I "do not" know all the C.O's name but I will be able to "positivity Identify" everyone of them by photo I saw them so well an "everything" they did so well cause I'm in cell "seg A-12" which is right across from the shower everything happen in once they were done kicking & punching on him "Major Adam" one hand on "Deon Hameton" Neck an his other one in hair two other C.O's had "Deon Hameton" arms in the air and they were all draging him off the wing why "Deon Hameton" was saying "why are yall doing this".. They were gone off the wing for about 15 to 20 minute's then once they return to the wing they open cell 11 door and "Major Adam" an other C.O's walked "Deon Hameton" in the room still why holding his hair & holding his arms in the air "still" hand cuff once they was in the room I couldn't see "Deon Hameton", "Major Adam" and the other few C.O's that enter the room but it was still a few C.O's outside the room and I could hear "everything" thats going inside the room I was hearing "Deon Hameton" say "I can take my cloths off myself just take the cuffs off why are yall doing this".. then I hear some one say "we gotta cut them off".. then I saw C.O "D. Porter #8394" walk out the room leave off the wing

-7

And come back with a Black & sliver thing that look just like a "pocket knife" and walked back in the room and I start hearing cloths rip and "Deon Hameton" say "yall hurting me I can take them off myself" then I was piece's of cloths get threw out the room then they closed the door an "took the cuffs" picked the riped up cloths up and left off the wing this is "everything I saw & heard with my own eye's and ears"... Stacey Hester #M39333

6-29-17

I am a witness of hearing that, D. Hampton in 5-A-27 cell Made several attempts to Speak with a Crisis team member also P.r.e.a.

That was around 9:30AM - 10:30AM he was told that he Can't have Shit and to Lay his Faggat Ass down. Than hampton said he was hungry and Could he finnally get a Lunch tray, C/o Mckinstry Said "Starve Bitch".

Derrick Mays # M06598 A-33

State of Illinois ) ss.
County of Perry )

# AFFIDAVIT

I, John Hudson, K-52602, after being duly sworn under oath, depose and states as follows;

That, I John Hudson, K-52602 are the affiant in this herein affidavit and i'll be the undersigner.

On May 24th, 2017, around 9:0clock pm at count time.

I heard an inmate being beaten in the shower area, stating, "help, help, the police is beating on me."

His silence was muffled for several seconds, until I actually seen this inmate handcuffed and being drug aggressively and handled by several correctional officers.

When the officers placed this inmate in cell-11-on A-wing, several officers forcefully slammed this inmate on the concrete slab on to his face, and began physically assaulting this inmate, by putting their knees in his back, and forcefully cutting and ripping his clothes off with a shiney object.

This inmate constantly yelled "help, help, the police is beating me up, and cutting his clothes off, but never received the assistance of his request for help

①

In any fashion.

Even afterwards, the victim Hampton Dedd N15974, requested several times that he would like to speak to P.R.E.A. and a crisis team member, even hours later his request we unanswered.

I, John Hudson, K-52602, observed this incident and "all" the correctional officers involved in this matter. And I'm more than willing to testify to these said facts in any Court of Law for the victim.

/s/ John Hudson K52602
John Hudson - K-52602

Pursuant to 28 USC 1746, 18 USC or 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am the named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

/s/ John Hudson K-52602
John Hudson - K-52602
Pinckneyville Corr. Ctr.
P.O. Box 999
Pinckneyville, IL 62274

| Affidavite | 5-24-17 9:00-9:30

This is to testify to what I heard on may 24th offender Hampton yelled out multiple times... Please Dont Kill me please Dont Kill me, im not resisting im not resisting, and Please Dont hurt me please Dont hurt me... The c/o shouted shut up bitch you fucking faggot this what you get when you call P.R.E.A.

Affadavits

I Anthony. White have witnessed Lt's, and Sargents tell Deon Hampton deragative things like he sucks good dick, and they call him crameberry because he gets fucked in his ass

*Anthony White* M09749

# Affidavit

I, Xavier Ball declare that everything that's written on this affidavit is true.

When in the vacinity of correctional officer's Inmate Deon Hampton is subject to offensive Derogatory comment's. Whenever Deon Hampton is walking through the foyer coming or going Sexual comments are said as well as when entering and leaving the Dietary. When asked to not be talked to like that the Verbal Sexual comment's are continued & the correctional officer's would just laugh.

*Xavier L. Ball*
5/27/2017

Lt. James: Says strawberry your ass is fat you must be getting a good dicking.

C/O Warnac: Says strawberry your hair is getting longer and your lips juicer but your fat and getting sloppy my dick dont get hard for you anymore.

Sgt. Ahimora: Says strawberry. Get in line and dont steal those hot dogs for your cock warmer.

C/O Thomason: says strawberry come here for a sec turn around then says your ass is sagging but you still look good

On 2-4-2017 i Ronald Tyler #K70122 observed Warden Love due a routine walk through in the segregation unit on A-Wing and i overheard an inmate state, "can i speak to you" and Warden Love stated, C/O Martin is that "fag" right there? the inmate then stated, why would you say that to me warden? Warden Love response was, i aint comin to that damn cell so if you wanna talk, talk to me from right here. Warden Love was standing at the library cage saying he doesnt condone "gay people" "life style" and this facility is for men only...

Witness
Ronald Tyler #K70122

On 7-31-17 I heard from my Cell #25 Deon Hampton yell out you Assaulted me, you assaulted me I could not make out what the C/o Said.

Alen Glines
Alen Glines
Y19197

On the date of May 24th around 9-10pm count, I Hear Mr Hampton, Deon Screamin "please stop, im not resisting, dnt hurt me, HELP!!" I then Hear C/o's yellin Back at him "Shut up you stupid fag, this what happen when you call or try And call prea on us". They then started yellin all different type of derogatory words, I couldnt make out clearly. I then heard alot of keys and ramblin and Mr Deon Hampt was yellin "stop, Help Help, you hurtin me, rape" and anything else he could think to say to stop them from hurtin him. This took place in Pinckneyville Correctional Center. The C/o's is corrupt, dirty, etc. and something need to happen to fix this problem. I come forward as a witness.

x Da'Kell Booker M47921
Do'Kell Booker M47921

# AFFIDAVIT
## of
## Gary Hammons

On May 24, 2017 around 9:00 P.M. Count. I was in bed resting. I heard alot of commotion on A wing, and from a cell. I observed several officers in cell #11. pinning down inmate ~~Hompton De. of M1534~~, also Known as Strawberry. I observed the officers cutting and ripping his clothes off with some object, as the inmate was hollering and screaming they're abusing me. Then for the next several hours, the inmate was screaming that he wanted to speak to P.R.E.A. and a Crisis team.

Gary Hammons S01108

*[signature]*

# Affidavit
I Damavia Bell #M36143

May 24th around 9 to 9:30 pm me and my celly was sleep and woke up to some commotion. I don't know what was happening but I seen Major Adams open the shower door while inmate Hampton was cuffed behind his back. He forcefully kicked inmate Hampton in the upper chest. Once he kicked him, inmate Hampton stumbled backwards toward the back of the wall, which Major Adam pushed his head to the wall. Then multiple C-O's rushed in the shower and slammed inmate Hampton on his face and I heard inmate Hampton screaming I didn't do anything, why are yall beating me? And he was also yelling help and rape and thats when me and my celly said, they beating the shit out of him, they bogus as hell. Then multiple people started yelling, ~~███████████~~ damn they beating his ass. After the people started yelling thats when they dragged Hampton off the deck and i don't know what happened after that. Moments later, I heard in my vent why is yall doing this? I can't breath. Thats when I heard someone say go get the knife. Then I heard Hampton crying and screaming. Moments later, I called Hampton to check up on him and asked if he was okay but he was crying. Thats everything I seen and heard. Damavia Bell #M36143

5-24-2017  **AFFIDAVIT**  Tyvonne Brown M48084

This is to testify on what i heard on May 24, 2017. Offender ~~[redacted]~~ Hampton yelled out multiple times "Please don't kill me, please don't kill me". "I'm not resisting, I'm not resisting". "Please don't hurt me please don't hurt me". The Correctional officer shouted," Shut bitch you fucking faggot". This what you get when you call P.R.E.A.

Tyvonne Brown
Tyvonne Brown
M48084

Affidavit

I Michael Smith R57000, Declare under penalty of prejury. I Have Material Information relevant to the about Cause;

ON MAY 24, 2017 at around 9pm or 9:30pm, upon being IN my cell IN Segregation A-78 Right over cell-11 I heard a bunch of voices, angery voices and Heavy breathing coming from outside my cell but didn't see anybody. But still hearing someone calling out for help I stayed In the door and as I stood there I seen Inmate Deion Hampton being forcefully guided to cell 11. By 10 correctional officers and the shift Lt. They had Inmate Hampton by his hair IN upon Entering cell-11 they very aggravatly forced Inmate Hampton by his hair down on the bed where they begin to forcefully and aggravatly remove Inmate Hampton's clothes beginning with his pant. They pulled this man's pant's down until they reached his ankles and left them there. Then they begin to remove his shirt they forced Inmate Hampton face down under his face was directly into his bed like they was trying to cut off his Air. Then they ripped off his shirt until it wouldn't come off so one officer came up with a knife or something and begin cutting his shirt off and then his pants. This man was damn close to being rape but was sexually assulted by these officers. Then they stood

around while the Lt. was still holding his hair the officers stood around laughing and high fiving. Inmate Hampton was still face down in the bed and completely Nake was these officers abuse their power. Then they left Inmate Hampton in his cell without a jumpsuit for a few hours and it was cold in these cells so I know he was cold because he asked the officer for his jumpsuit.

I, Michael Smith R57000, Certify, Pursuant to § 735 ILCS 5/1-109 that the proceeding statement here is true and correct to the best of my knowledge.

S Michael Smith
R57000