(Writen Statement For Deon hampton)

on 10-7-17 I Inmate (Graves M18164) heard Inmate hampton Ask the C/o miles & Sgt. Jones to not put him In the holding Cage with all the other high level Inmates with A natsrual life sentence as well as Inmates With Exstreamly high aggression levels, hampton was told.. "Shut the fuck up you Black Bitch" and was placed In the holding cage In north 2 Infirmary. Then Inmate wilson came In the cage with his hands cuffed to the front [Note: All Inmates that doesn't have a front cuff permitte has to Be cuffed & Sercured to the Back!] Then Inmate wilson came In and attack Inmate hampton, By grabing a hold of Inmate hampton hair and Bansed his head on the wall then Punched hampton In the Stomch and hampton fell to the floor and Inmate wilson Began to kick Inmate hampton repeatly while Sgt. Jones & C/o's as well as C/o miles Standing around laughing... I Inmate (Graves M18164) felt If I didn't help Inmate hampton he would Be Beaten Badly due to the Sgt. & C/o's not stoping the Attack, they only whatched and laughed [Please Note: Inmate hampton was cuffed to the Back while Being attacked!] Inmate wilson was (cuffed to the Front for no reason as well as didn't oBtained a front cuff Permitte) I Inmate Graves felt this was a Set up By Sgt. Jones & other C/o's due to the PREA and grivenaces filed By Inmate hampton, Inmate wilson had no Broken Bones or any fractions In his hand, rist or Arms So why was he cuffed to the Front? Clearly this Shows this was set up By Sgt Jones and other C/o's for Retaleation against In mate hampton...

over → → →

I Inmate Graves M18164 was not forced nor Brived to write this Statement. This was worte apond myself (Inmate Graves M18164) as a witness on Inmate hampton's Behalf.

X Dayaion Di'Ricky Graves M18164

X ⟨signature⟩ M18164

(Written Statement)

On 10-9-17 I Inmate Graves M18164 heard Inmate Hampton telling other Inmates on Sunday 10-8-17 he was bite by a black flying insect (a bug) Then I heard Hampton say he couldn't breath and his arm and thumb was numb and swollen and he needed help... Thats when I heard C/O's Cockrum, Becker go to his door say'in (Fuck you fag we're not getting you no help & let that shit fall off) While we was talking to Inmate Hampton he became unrespondsive... The tactical responds team was called to get Hampton out his cell. ["later"] I observed C/O's carring Inmate Hamptons by his legs & arms [Note: Inmate Hampton was hand cuffed Behind The Back!] I observed swelling in Hampton face, Inmate Hampton told me Sgt. Jones C/O's Chetty (spellcheck), Becker, Mills Lt. Cockrum, C/O's Caron, and Dornstorff and a ("Jane doe") mental health whatch care Laughed as Hampton was being assulted. I Inmate [Graves M18164] was not brived nor force beyond my will to write this statement on behalf of Deion Hampton.

         X Dayaion Di'Bicky Graves M18164

         X Dayaion Di'Bicky Graves
                 M18164

Written Statement

I Woodard Charles # M40488 can testify on the behalf of Deon Hampton due to the fact that on the day of 10-8-17 Deon complain about an unknown black fly bitening Inmate Hampton on the hand he let the officer know that something bitten him and that he need a nurse to check it out before it get worse the officer ignore Inmate Hampton. Today on the day of 10-9-17 Inmate Deon Hampton complain about his thumb and wrist on the right hand being swollen on the morning shift Inmate Hampton asked c/o Cockrum to get some medical treatment due to the fact his thumb and wrist is swollen Inmate Hampton even show c/o Cockrum his right hand to prove their is in deed swollen marks on his hand. c/o Cockrum said "no I'm getting a nurse" then Deon Hampton asked for a Sgt. and a lieutenant again c/o Cockrum reply "hell no I'm not getting anyone" then stated "you are a fag" and walk off from Inmate Hampton cell. I Woodard M40488 stop c/o Cockrum and asked him to please get a nurse or some kind of medical treatment, he responsed by saying "fuck that bitch I aint doing anything for him". I bear witness to the fact that this officer was being very unprofessional with the way how he handle this situation. I'd also bear witness the officer Becker also came to Inmate Hampton cell letting Inmate Hampton know that they wasn't doing anything for Hampton once Hampton stated

that he was having pains in his hand and a really bad headache. Overall these officer's show disrespect and unprofessionalism with their duty to serve and to protect. This is written to the best of my understanding and knowledge.

Charles Woodard M40488

On the evening of 10/8/17, I, Michael W Harris #M02086 was informed By the inmate in cell #205 that they had Been bitten by an unidentified Black Bug or U.B.B this happened on 11-7 shift.

    On the Morning of 10/9/17 this same inmate informed me that his thumb + arm was swollen and they needed Medical attention. I being in Cell #401 alerted the C/o's to the problem the went to sell #205 and began to antagonize said inmate by calling them a fag + a dick eating Nigger. Approx. an hour and a half later said prison was found unresponsive in the cell. Officials went in their cell for 5 minutes before Removing them and Dragging them down the gallery with unnessicary force. Upon Returning said inmate told me that they had been abused both Physically + Sexually

    This I swear is true to the best of my Knowledge at the Risk of perjury

*M Harris*

[page content illegible — faint pencil writing bleeding through from reverse side]

State of Illinois } ss
   County of _____

## Affidavit

I, Lornell Brown #m-30735, do hereby declare and affirm that the following Information within this Affidavit is true & correct in substance and in facts: On 10-9-17 I, Lornell Brown #m-30735 was talking over the Gallery about Legal work then all of a sudden I heard a Loud bang, which Later I found out I/m Dean Hampton #m15934 had fell out for I don't know what Reason, me and a few other's started yelling & kicking on the cell Door To get Dean Hampton help because when we called him he wasn't Responding. After kicking for about five minutes, Two-Three officers came and Beat on I/m Hampton's Door which they got No Response. They called a Tach-Team & I Beared witness to Them Bring Hampton up to four Gallery Basically Dragging him & calling him all kinds of Bad names, about Ten minutes Later They Brought him back on four Gallery taking him down the stairs in the same way they took him, But this time I/m Hampton was crying stating that the Tac-team had Beat him. Later that night Two officer's Escorted I/m Hampton to Go to (prea) I saw his face which was swollen, he had a Limp & his hair was Rough. So I'm one hundred % sure the Tach-team Beat him. Every day The porter & the R/o's, LT.'s ORG and some Nurses pick with this I/m, I don't know as of why But I've witnessed it. If need be I am willing to Testify on this matter because it's wrong how they are Treating This I/m.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 IL CS 5/1-109. I Declare under penalty of perjury. That Every thing contained here in is True and accurate to the best of my knowledge and Belief. I DO Declare and affirm that the matter at hand is Not taken Either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on 10 day of 10.20 17

Loomell Brown #m-30735
Self Notarized/self Notification

Written Statement

I Woodard Charles M40488 have known that Deon Hampton was getting ship here to menard because the c/o's and sgt were talking about it everyday they were also trying to plot to harm Deon Hampton I have little knowledge of Hampton I have witness many action that was taking place by the officer and with Deon Hampton how the correctional officer mistreat Deon Hampton and threating her from flooding her cell, not feeding her and calling her out of her name as a gay insult I witness that they have'nt given her any property nor a bed or sheets to sleep on which I believe that's not fair to her she also been asking for showers they have not yet given the things that she suppose to have while in seg which is a Violation to her Consitute Adm. under the cruel and unusual punishment. I woodard charles M40488 has also suffer vebal attack's as well from Lt. Brookman Due to the fact he is trying to extort me and retaliate against me for helping Deon Hampton and he took the written statement written for Deon Hampton and use it against me as retaliation I can testify to what happen with Deon Hampton.

Name: Charles Woodard M40488 8-31-17
Sign: Charles Woodard M40488 8-31-17

Affidavit

I, Woodard Charles M40488, bear witness that on August 26, 2017 c/o Mccalb call Inmate Deon Hampton # M/5934 a fag bitch and continue to go on with his insults c/o Mccalb also threating Deon Hampton safty by saying he was going to scar Deon Hampton food. c/o Mccalb went on to tell Deon Hampton that he wasn't getting his property or I.D. c/o Mccalb then called c/o Griffin and told him look at this fag bitch and then say to Deon Hampton "you think we going help when you trying to book our officer, aint going to happen", then walk off laughing. The next thing I knew c/o Mccalb and Griffin flooded Deon Hampton cell. I heard Deon Hampton asked and calling for a crisis team and mental health which the c/o's denied Deon Hampton. The white seg sgt. Jones came and watch the situation continue to go on then ask Deon Hampton did he had a Dick and then walk off. I witness Deon Hampton asked for a mental health about his safty everyday I'd also witness c/o Mccalb play with Deon Hampton food by placing a black bug and spiting in his food. Then today on the date of 8-31-17 I witness c/o Mccalb passing out trays I heard Deon Hampton say "why yall aint given me my tray like everyone else then c/o Mccalb close Deon Hampton

chuck hole without given him his food c/o Mccalb stated that Dean Hampton aint eating following by calling Dean Hampton a bitch and then walk off. I Woodard Charles M40488 has also suffer verbal attacks as well from Lt Brockman Due to the fact he is trying to extort me and retaliate against me for helping Dean Hampton and he took the written statement for Dean Hampton and use it against me as retaliation. This is written to the best of my understanding

*[signature]* Woodard    8-31-17