## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DEON HAMPTON, #M15934, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-936-DRH-RJD |
| | ) | |
| JACQUELINE LASHBROOK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Deon "Strawberry" Hampton, by her attorney, Sheila A. Bedi, Vanessa del Valle, and Alan Mills and the Defendants, the Illinois Department of Corrections, Jacqueline Lashbrook, John Baldwin, John McCaleb, Tyler Jones, Alex Moll, Chase Caron, Kevin Graves, Boyd Miles, Trevor Cockrum, Andrew Dumstorff, John Powell, George Dudzinski, Kyle Hughey, Kevin Held, Dustin Chitty, Kalin Bridges, Kent Brookman, John Does #1-#11, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1.  This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2.  Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

s/Deon Hampton

Plaintiff
Deon "Strawberry" Hampton

1-9-18

Date

s/Sheila Bedi

Sheila A. Bedi
Vanessa del Valle
Counsel for Plaintiff
Roderick and Solange MacArthur Justice Center
Northwestern Univ. Sch. Of Law

375 E. Chicago Avenue
Chicago, IL 60611

Date: _1-5-18_

s/Christine McClimans

Christine McClimans, #6203209
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62701
(618) 236-8621 Phone
(618) 236-8620 Fax
E-Mail: cmcclimans@atg.state.il.us

Date: _1-9-18_

Rev. 4/17