IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEON HAMPTON,

    Plaintiff,

vs.         Civil No. 17-cv-936-DRH-RJD

JACQUELINE LASHBROOK, et al,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal (Doc. 48) entered on January 16, 2018, this cause is **DIMISSED** with prejudice and without right to reinstate.

    JUSTINE FLANAGAN
    Acting Clerk of Court

    BY: Lisa Tidwell
    Deputy Clerk

Approved:

    Judge Herndon
    2018.01.24
    12:05:48 -06'00'

U.S. DISTRICT JUDGE
U.S. DISTRICT COURT